Ramos,
        Plaintiff                                              Adv. Proc. No. 16-00101-JJT

M&T Bank,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini          Page 1 of 1          Date Rcvd: Dec 09, 2016
                              Form ID: pdf010         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2016.
pla            +Joeme Jereos Ramos,    1217 Waddell Street,    Archbald, PA 18403-2328
dft             M&T Bank,    One M&T Plaza,    Buffalo, NY 14203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Dec 09 2016 19:06:18      United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
              Brett  Freeman    on behalf of Plaintiff Joeme Jereos Ramos bfecf@bankruptcypa.com,
              brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;nec
              f@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com
              Joshua I Goldman    on behalf of Defendant    M&T Bank bkgroup@kmllawgroup.com,
              bkgroup@kmllawgroup.com
                                                                              TOTAL: 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:
Joeme Jereos Ramos,                          Chapter 13
aka JoJo Ramos
        Debtor                         Case No. 5:11-bk-01583 JJT


Joeme Jereos Ramos,                          Adversary No. 5:16-ap-00101 JJT
        Plaintiff
v.

M&T Bank, N.A.,
        Defendant

### <u>ORDER</u>

Upon consideration of the Debtor's Motion to Approve Settlement, it is hereby ordered that the motion is granted. The settlement agreement attached to the underlying motion as Exhibit A is approved. Sabatini Law Firm, LLC, as Special Counsel, is awarded $13,000.00 in attorney's fees. The Debtor shall receive the balance of the settlement payment.


Dated: December 9, 2016


**By the Court,**


_____
John J. Thomas, Bankruptcy Judge
(RPR)