IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Joeme Jereos Ramos,<br>　　　　　Debtor | Case No. 5:11-bk-1583-JJT<br><br>Adversary No. 5:16-ap-101-JJT |
| Joeme Jereos Ramos,<br>　　　　　Plaintiff | |
| v. | |
| M&T Bank, N.A.,<br>　　　　　Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), as incorporated by Federal Rule of Bankruptcy Procedure 7041, Plaintiff hereby dismisses the above-captioned adversary proceeding with prejudice.

　　　　　　　　　　　　　　　　　s/ Brett Freeman
　　　　　　　　　　　　　　　　　Brett Freeman
　　　　　　　　　　　　　　　　　Bar Number PA308834
　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　Sabatini Law Firm, LLC
　　　　　　　　　　　　　　　　　216 N. Blakely St.
　　　　　　　　　　　　　　　　　Dunmore, PA 18512
　　　　　　　　　　　　　　　　　Phone (570) 341-9000
　　　　　　　　　　　　　　　　　Facsimile (570) 504-2769
　　　　　　　　　　　　　　　　　Email bfecf@bankruptcypa.com

## CERTIFICATE OF SERVICE

Service is being effectuated via the CM/ECF system.

　　　　　　　　　　　　　　　　　s/ Brett Freeman
　　　　　　　　　　　　　　　　　Brett Freeman